Case: 3:06-cr-00229-jcs Document #: 10 Filed: 01/11/07 Page 1 of 1

Document Number 0101
Case Number 06-CR-0229-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
01/11/2007 02:35:11 PM CST

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

JESSE L. HERRMANN,

        Defendant.

ORDER OF DETENTION
PENDING TRIAL

06-CR-229-S-2

---

    At the January 9, 2007 arraignment the government moved pursuant to 18 U.S.C. §3142(f) to detain defendant Jesse L. Herrmann pending his trial in this methamphetamine trafficking case. Because the grand jury charged defendant with offenses for which a maximum term of imprisonment exceeding ten years is prescribed in the Controlled Substances Act, § 3142(e) imposes a rebuttable presumption that no combination of release conditions will assure defendant's appearance and the safety of the community. Defendant is not yet prepared to respond to the government's motion, so he is not contesting detention at this time, but he has reserved his right to a substantive hearing upon request. Therefore, based on the statutory presumption, I find that defendant is a flight risk and a danger to the community.

    Therefore, it is ORDERED that the defendant is committed to the custody of the United States Marshals Service for confinement at a proximate jail separate from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his attorney. On order of this court or on request of an attorney for the Government, the jail shall deliver the defendant to the Marshals Service for the purpose of an appearance in this case.

    Dated: January 11, 2007

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge