Document Number: 011   Case Number: 06-CR-0229-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
01/11/2007 02:34:10 PM CST

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                SCHEDULING ORDER

   v.

                                                 06-CR-229-S

JAMES J. GALLUP and
JESSE L. HERRMANN,

                Defendants.
_____

At the January 9, 2007 arraignment, this court set the following schedule:

1) A detention hearing for defendant Gallup is scheduled for January 12, 2007 at 11:15 a.m.

1) The government must provide its required disclosures not later than January 16, 2007, with a continuing disclosure obligation throughout this case. Pursuant to Rule 12, the government has proffered that it intends to use all disclosed evidence in its case-in-chief at trial.

2) Defendants must file and serve any pretrial motions and discovery requests not later than February 23, 2007 by noon. Briefs need not accompany the motions. If a defendant wants an evidentiary hearing on a motion, then he must ask for it in the caption of each such motion and must provide a nonconjectural factual basis establishing a prima facie entitlement to the relief requested. *See United States v. Toro*, 359 F.3d 879, 885 (7th Cir. 2004).

3) The pretrial motion hearing and any evidentiary hearing shall be March 1, 2007 at 10:30 a.m. The court will rule on each motion or set it for briefing in consultation with

the parties. Unless the court is taking evidence on a dispositive motion, a defendant may waive his presence at the preliminary pretrial conference.

4) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions *in limine* must be filed and served not later than March 28, 2007.

5) The final pretrial conference shall be March 30, 2007 at 10:30 a.m. A defendant may waive his presence at the final pretrial conference.

6) The final hearing before the trial judge shall be April 5, 2007 at 3:30 p.m. The defendants and trial counsel must attend this hearing.

7) Jury selection and trial shall begin April 9, 2007 at 9:00 a.m. The predicted trial length is two days. The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.

Entered this 10th day of January, 2007.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge