PROB12C
(07/93)

# UNITED STATES DISTRICT COURT

for

## Western District of Wisconsin
Petition for Warrant for Offender Under Supervision

**Name of Offender:**   Jesse L. Herrmann                                         **Case Number:**   06-CR-229-S-02
                                      Holmen, WI 54636

**Name of Sentencing Judicial Officer:**   Honorable John C. Shabaz
**Name of Presiding Judicial Officer:**   Honorable William M. Conley

**Date of Original Sentence:**   July 11, 2007

**Offense:**   Conspiracy to Possess With Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, s Schedule II Substance, in violation of 21 U.S.C.§§ 841(a)(1) and 18 U.S.C. § 2, a Class B felony

**Original Sentence:**   70 months' imprisonment and five years' supervised release

**Type of Supervision:**   Supervised release                    **Date Supervision Commenced:**   May 6, 2011

**Assistant U.S. Attorney:**   Robert A. Anderson               **Defense Attorney:**   To be assigned

---

### PETITIONING THE COURT

  X    To issue a warrant to be served as a detainer.

The probation officer alleges that the offender has violated the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| Statutory Condition: | "Defendant shall not commit another federal, state, or local crime." |
| Special Condition No. 3: | "Abstain from the use of alcohol an illegal drugs and from association with drug users and sellers and participate in substance abuse treatment . . ." |
| | On June 25, 2011, Jesse L. Herrmann was arrested by the Holmen, Wisconsin, Police Department for homicide by intoxicated use of a vehicle, two counts of injury by intoxicated use of a vehicle, two counts of causing injury by operating a motor vehicle while under the influence, hit and run - death, and four counts of hit and run - injury. |

**Adjustment To Supervision**: On May 6, 2011, Jesse L. Herrmann's term of supervised release commenced. Prior to his June 25, 2011, arrest, he resided with his father and maintained part-time employment at Grizzly's Grill N' Saloon in Onalaska, Wisconsin. He had some contact with his son but no visitation schedule had been established.

Hermann, Jesse L.
Petition for Warrant for
Offender Under Supervision

Mr. Herrmann was participating in substance abuse counseling sessions prior to his arrest but he maintained that the sessions were a waste of time and money.

In the above-cited violation, Mr. Herrmann was arrested following his involvement in a motor vehicle accident. There was one fatality in the vehicle Mr. Herrmann struck along with several other serious injuries. Mr. Herrmann was transported to the hospital with injuries and a preliminary blood alcohol content reading registered .277.

**Probation Officer's Recommendation**: It is respectfully recommended that a warrant be ordered for Jesse L. Herrmann, and placed as a detainer. Should the state release Mr. Herrmann prior to disposition of his state charges, the federal detainer will serve to detain him prior to his judicial review to show cause why his term of supervised release should not be revoked. It is further recommended that counsel be appointed to represent Mr. Herrmann.

Assistant U.S. Attorney Grant C. Johnson concurs with this recommendation.

**Penalties**: Jesse L. Herrmann's most serious violation conduct involves a Grade A violation, pursuant to USSG §7B1.1(a)(1). His criminal history category is III. With a Grade A violation and a criminal history category of III, Mr. Herrmann has an advisory guideline range of imprisonment of 18 to 24 months. Mr. Herrmann's original offense was a Class B felony; therefore, the statutory maximum imprisonment sentence he may receive if supervised release is revoked is 36 months.

Title 18 U.S.C. § 3583(h) authorizes another term of supervised release to follow imprisonment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/27/2011

/s/

Traci L. Jacobs
U.S. Probation Officer

---

**THE COURT ORDERS:**

_X_   The issuance of a warrant to be served as a detainer.

___   The issuance of a summons.

_X_   Other - The appointment of counsel

*/s/ William Conley*

Honorable William M. Conley
U.S. District Judge

*June 28, 2011*

Date