## WARRANT FOR ARREST

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔠𝔬𝔲𝔯𝔱 | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Jesse L. Herrmann,<br><br>Defendant. | DOCKET NO.<br>06-CR-229-02 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Jesse L. Herrmann<br>La Crosse County Jail<br>333 Vine St.<br>La Crosse, WI 54601 | |

Warrant Issued on the Basis of:

[ ] Indictment    [X] Order of Court    [ ] Information    [ ] Complaint

TO:  Any Authorized Law Enforcement Officer.

District of Arrest:                                                          City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Violations of supervised release conditions

IN VIOLATION OF Title 18 U.S.C. Section 3583(e)(3)

Bail:  DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:            Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court:                    (By) Deputy Clerk<br>     Peter Oppeneer | Date Issued:   JUN 2 8 2011 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |